UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
United States of America,

                Plaintiff,

-against-

                                          Case No. 7:17-mj-2129

David Brown

                Defendant.

----------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                        SO ORDERED.

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
        Poughkeepsie, New York